UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

United States of America,

                        Plaintiff,

-against-

                                                  Case No. 7:09-mj-1493

William Lasch

                        Defendant.

_____x

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                           SO ORDERED.

                                                           Hon. Martin R. Goldberg
                                                           United States Magistrate Judge

Dated: 26th day of August, 2022
        Poughkeepsie, New York